1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 10 In re | Case No. 2:20-cv-00613-DSF |
| 11 VERITY HEALTH SYSTEM OF CALIFORNIA, INC. | Honorable Dale S. Fischer |
| 13 VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation, ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation, ST. VINCENT DIALYSIS CENTER, INC., a California nonprofit benefit corporation, and ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation, SETON MEDICAL CENTER, a California nonprofit public benefit corporation, and VERITY HOLDINGS, LLC, a California limited liability company, | **ORDER DISMISSING ACTION WITH PREJUDICE**  Trial Date:  None (Vacated) |
| Plaintiffs and Counterclaim-Defendants, | |
| vs. | |
| KALI P. CHAUDHURI, M.D., an individual, STRATEGIC GLOBAL MANAGEMENT, INC., a California corporation, KPC HEALTHCARE HOLDINGS, INC. a California Corporation KPC HEALTH PLAN HOLDINGS, INC. a California Corporation, KPC HEALTHCARE, INC. a Nevada Corporation, KPC GLOBAL MANAGEMENT, LLC, a California Limited Liability Company, and DOES 1 through 500, | |
| Defendants and Counterclaim-Plaintiffs. | |

1       In light of the Parties' Stipulation for Dismissal of Action With Prejudice,

2       IT IS HEREBY ORDERED that this entire action, including all claims and

3  counterclaims, is dismissed with prejudice, with each party to bear their own costs.

4       IT IS SO ORDERED.

5  DATED:  May 3, 2021

6                                                    _____

7                                                    Honorable Dale S. Fischer
                                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING ACTION WITH PREJUDICE**